**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7990**

---

CURTIS E. CRAWFORD,

Plaintiff - Appellant,

versus

ROBERT E. GARD, Supervisor, Deputy United
States Marshal,

Defendant - Appellee.

---

**No. 95-7991**

---

CURTIS E. CRAWFORD,

Plaintiff - Appellant,

versus

J. GARFIELD DILLARD, Chairman, in his personal
and professional capacity; LEWIS P. BARLOW,
Superintendent, in his personal and profes-
sional capacity; MAJOR SPIKER, in his personal
and professional capacity; LIEUTENANT WRIGHT,
in his personal and professional capacity;
OTHERS UNKNOWN, in their personal and profes-
sional capacities,

Defendants - Appellees.

CURTIS E. CRAWFORD,

                              Plaintiff - Appellant,

        versus

JOHN MARSHALL, Deputy, United States Marshal,

                              Defendant - Appellee.

Appeals from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca B. Smith, District Judge. (CA-95-641-2, CA-95-747-2, CA-95-756-2)

Submitted:  April 15, 1996          Decided:  May 2, 1996

Before ERVIN and MOTZ, Circuit Judges, and CHAPMAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Curtis E. Crawford, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders dismissing his Bivens[*] complaints. The district court assessed filing fees in accordance with Evans v. Croom, 650 F.2d 521 (4th Cir. 1981), cert. denied, 454 U.S. 1153 (1982), and dismissed the cases without prejudice when Appellant failed to comply with the fee orders. Finding no abuse of discretion, we affirm the district court's orders. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971).